AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of New York 

| | |
|---|---|
| CAR-FRESHNER CORP. & JULIUS SAMANN LTD. )<br>*Plaintiff* )<br>v. )<br>SURREAL ENTERTAINMENT LLC & BOB ROSS INC. )<br>*Defendant* ) | Case No.   5:18-CV-1037[GTS/TWD] |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

as co-counsel for the defendant, Bob Ross Inc., in addition to Greenberg Traurig, LLP

Date:   10/15/2018

*Attorney's signature*

Kimberly M. Zimmer, Esq., Bar Roll No.: 505346
*Printed name and bar number*
120 E. Washington Street, Suite 815
Syracuse, New York 13202

*Address*

kmz@kimzimmerlaw.com
*E-mail address*

(315) 422-9909
*Telephone number*

(315) 422-9911
*FAX number*