

One Lincoln Center | Syracuse, NY 13202-1355 | bsk.com

LOUIS ORBACH, ESQ.
lorbach@bsk.com
P: 315.218.8633
F: 315.218.8100

October 19, 2018

**VIA ELECTRONIC FILING**

Hon. Thérèse Wiley Dancks
U.S. Magistrate Judge
U.S. District Court, Northern District of New York
Federal Building and U.S. Courthouse
P.O. Box 7346
Syracuse, NY  13261-7346

Re:  *CAR-FRESHNER Corporation, et al. v. Surreal Entertainment LLC, et al.*
     *Civil Action No.: 5:18-cv-1037 (GTS/TWD)*

Dear Magistrate Judge Dancks:

We represent the plaintiffs in the above-referenced matter. We write pursuant to the Court's Text Order of October 17, 2018 (Docket No. 10) to advise the Court of the communications we have had with counsel for defendant Surreal Entertainment LLC ("Surreal").

We have had communications with Surreal's counsel, Ray L. Weber, Esq., of the firm of Renner, Kenner, Greive, Bobak, Taylor & Weber of Akron, Ohio. We agreed to consent to an extension of Surreal's time to answer in this case to October 27, 2018, just as we did with respect to the other defendant in this case.

We forwarded the Court's Text Order to Mr. Weber on Wednesday, and he has asked us to inform the Court that we have so consented to an extension of Surreal's time to answer.

As the Court noted in its Text Order, an extension to October 27, 2018 would effectively make the answer deadline October 29, 2018, because the former date falls on a Saturday.

We are available at the Court's convenience if the Court wishes to hear from us further on this matter.

3234033.1 10/19/2018

Hon. Thérèse Wiley Dancks
October 19, 2018
Page 2


Respectfully submitted,

BOND, SCHOENECK & KING, PLLC

Louis Orbach

LO/yk
cc:   Counsel of record via ECF
      Ray L. Weber, Esq. via Email