# EXHIBIT G

**CENTRAL TIME**



The photographer participates in a painting class taught by a Bob Ross Inc. certified instructor.
Howard J. (CC BY-NC 2.0)

# The Growing Fanbase Of 'Happy Little Trees' Painter Bob Ross

By Natalie Guyette
Monday, August 27, 2018, 4:15pm
Saturday, August 25, 2018, 6:15pm

SHARE:



   Listen       Download

The fanbase of public television host and instructor of "The Joy of Painting" is growing, and so is their interest in making a bigger name for Bob Ross in the art world. We talk to a reporter about the Bob Ross revival and where his place is in the art world.

**Related Links:**
A Renaissance For Bob Ross
**Host:**

J. Carlisle Larsen

**Guest(s):**
Kelly Crow

**Producer(s):**
Natalie Guyette

*Wisconsin Public Radio, © Copyright 2018, Board of Regents of the University of Wisconsin System and Wisconsin Educational Communications Board.*

## Commenting Policy

Wisconsin Public Radio and WPR.org welcome civil, on-topic comments and opinions that advance the discussion from all perspectives of an issue. Comments containing outside links (URLs) will only be posted after they've been approved by a moderator. WPR.org will delete comments that violate our guidelines. Visit our social media guidelines for more information about these policies.